B1 (Official Form 1) (1/08)

# United States Bankruptcy Court
# Northern District of California

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Razo, Maximiliano** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **0051** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**944 Sir Francis Drake Blvd.**<br>**Apt. No 5**<br>**Kentfield, CA**           ZIPCODE **94904** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Marin** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- ☑ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

THIS SPACE IS FOR COURT USE ONLY

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Razo, Maximiliano** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **Northern Disrtrict Of California - Oakland, CA** | Case Number: **Unknown** | Date Filed: **1979** |
| Location Where Filed: **N/A** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code. X /s/ Russell K. Marne, Esq.  5/22/08 Signature of Attorney for Debtor(s)   Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| B1 (Official Form 1) (1/08) | | Page 3 |
|---|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case)* | | Name of Debtor(s): **Razo, Maximiliano** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X */s/ Maximiliano Razo* Signature of Debtor  **Maximiliano Razo** X Signature of Joint Debtor **(415) 451-1971** Telephone Number (If not represented by attorney) **May 22, 2008** Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ Signature of Foreign Representative _____ Printed Name of Foreign Representative _____ Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
| X  */s/ Russell K. Marne, Esq.* Signature of Attorney for Debtor(s) **Russell K. Marne, Esq. 163816** Printed Name of Attorney for Debtor(s) _____ Firm Name _____ Address _____ Telephone Number **May 22, 2008** Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) _____ Address X _____ Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. _____ Date |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Authorized Individual _____ Printed Name of Authorized Individual _____ Title of Authorized Individual _____ Date | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

AFNI, Inc.
Corporate Headquarters
404 Brock Dr.
Bloomington, IL  61702-3097


AFNI, Inc.
P.O. Box 3427
Bloomington, IL  61702-3427


Alexandra R. Kirk
C/O Charles R. B. Kirk
P.O. Box 2724
San Anselmo, CA  94979-2724


Alexandra R. Kirk
C/O Mark J. Romeo, Esq.
130 Sutter St., 7th Floor
San Fransisco, CA  94104


Applied Bank
P.O. Box 17120
Wilmington, DE  19886-7120


Applied Bank
800 Delaware Ave.
Wilmington, DE  19801


Bank Of America
P.O. Box 15726
Wilmington, DE  19886-5726


Bank Of America
P.O. Box 15026
Wilmington, DE  19850-5026

```
California State Dispersement Unit
CASDU
P.O. Box 989067
Sacramento, CA   95798-9067


Calvalry Portfolio Services
P.O. 27288
Tempe, AZ   85285


CFC Deficiency Recovery
8813 Western Way
Jacksonville, FL   32256


Christoff Hery
4 Mission Ave
San Rafael, CA   94901


Chrysler Financial
Dept. # 249401
P.O. Box 55000
Detroit, MI   48255-2494


Citibank
P.O. Box 6000
The Lakes, NV   89163-6000


City Of Oakland
One Frank H. Ogawa Plaza
Room 101 (City Hall)
Oakland, CA   94612


CMI
P.O. Box 456
Upper Darby, PA   19082
```

Coast 2 Coast Financial - CTCFS
P.O. Box 551
Richboro, PA   18954


Credit Protection Association
13355 Noel Rd.
Suite 2100
Dallas, TX   75240


Daniel Crowley, Esq.
37 Old Courthouse Square, Ste. 200
Santa Rosa, CA   95404


Dunstone Financial, LLC
3832 E. Watkins St.
Suite 200
Phoenix, AZ   85034


Economy Lumber
750 High St.
Oakland, CA   94601


EDD
MIC 92 - SFACO 798
P.O. BOX 826203
Sacramento, CA   94230-6203


Explorer
P.O. Box 351
Orangeville, ON   L9W 2Z7


Federal Bond & Collection Services, Inc.
FBCS
2200 Byberry Rd., Ste. 120
Hatboro, PA   19040

Franchise Tax Board
P.O. Box 942867
Sacramento, CA  94267-0011


Fred Keeperman, Esq.
1620 School St., Suite 107
Moraga, CA  94556


Golden State Lumber
855 Lakeville St., Suite 200
Petaluma, CA  94952


Golden State Lumber, Inc.
C/O Mark D. Coopersmith, Esq., Et Al
855 Lakeville St Suite 200
Petaluma, CA  94952


Hinds Brothers Co., Inc.
C/O Malcolm E. Barrack, Esq.
100 Stony Point Rd. Ste. 270
Santa Rosa, CA  95401


HSBC Bank
1441 Schilling Place
Salinas, CA  93901


Internal Revenue Service
P.O. Box 105416
Atlanta, GA  30348-5416


IRS
Fresno, CA  93701


IRS
Ogden, UT  84401

Island National Group
6851 Jericho Turnpike Suite 180
Syosset, NY  11791


Joshua Martarella
2100 Bloom Dr.
Richmond, CA  94908


Koch Construction, Et Al
C/O Michael P. Merrill, Esq.
3554 Round Barn Blvd., Ste. 303
Santa Rosa, CA  95403


Koch Construction,Et. Al
C/O Irene Takahashi, Esq.
One Sansome St., Suite 1400
San Fransisco, CA  94140


Micheal Harnett
74 Homestead Blvd.
Mill Valley, CA  94941-3427


Mohammed Walizalda
304 Coral Reef Dr.
Alameda, CA  94501


National Collection Agency, Inc.
1620 School St., Suite 105
Moraga, CA  94556


NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA  19044

North Bay Marine, Et Al
C/O Lewis R. Warren, Esq.
100 Stony Point Rd., Ste. 200, Box 1566
Santa Rosa, CA  95402


Pacific Creditors Association
1799 Portola Ave.
Suite 4B
Livermore, CA  94550


Peter Fitzmyers, Et Al
C/O Micah R. Jacobs, Esq.
601 California St., Ste. 1800
San Francisco, CA  94108


Professional Recovery Systems
600 17th St.
Denver, CO  80202


RJM Acquisitions, LLC.
575 Underhill Blvd.
Suite 224
Syosset, NY  11791


Robert Bone, Esq.
37 Old Courthouse Square, Ste. 200
Santa Rosa, CA  95404


Roy N. Johnston, Esq.
1400 N. Dutton Ave.
Suite 21
Santa Rosa, CA  95401


Simpsom Sheet Metal, Inc.
C/O Stephen B. Welsh, Esq.
P.O.Box 8035
Walnut Creek, CA  94596

```
Steve Lanning Construstion
C/O Martin L. Seeger, Esq.
3550 Round Barn Blvd., Ste. 201
Santa Rosa, CA   95403


Surety Company Of The Pacific
6345 Balboa Blvd, Bld. 2
Suite 325
Encino, CA   91316-1517


Surety Company Of The Pacific
P.O. Box 10289
Van Nuys, CA   91410-0289


Sydney E. Fairbairn, Esq.
269 Posada Del Sol
Novato, CA   94949


Union Bank
Dept. M711
P.O. Box 85443
San Diego, CA   92186


West Asset Management, Inc.
P.O. Box 725169
Atlanta, GA   31139


Window Warehouse
5776 Paradise Dr.
Corte Madera, CA   94925
```